IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | Docket Number |
| V. | : | |
| | : | 20-mj-05588 |
| CHRISTIAN ROSARIO, | : | |
| Defendant. | : | |

## ORDER

Now this 25th day of July 2024, it is ORDERED that on July 25, 2024, the Defendant can leave house arrest and go to the Camden County Board of Social Services located at 101 Woodcrest Road, Suite 161, Cherry Hill, N.J. The Defendant must contact his Pretrial Services Officer, Nicholas Zotti when he leaves his house arrest location and returns to the house arrest location.

*Sharon A. King*
SHARON A. KING.
USMJ